IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:16-CV-179-RLV-DCK

| | |
|---|---|
| INDRATECH, LLC, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| FIBRIX, LLC, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 6) filed by Lyndey Ritz Zwingelberg, concerning Melissa Stok Rizzo on November 29, 2016. Ms. Melissa Stok Rizzo seeks to appear as counsel *pro hac vice* for Defendant Fibrix, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 6) is **GRANTED.** Ms. Melissa Stok Rizzo is hereby admitted *pro hac vice* to represent Defendant Fibrix, LLC.

**SO ORDERED**.

Signed: November 29, 2016

David C. Keesler
United States Magistrate Judge