IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:16-CV-179-RLV-DCK

| INDRATECH, LLC, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) ORDER |
| FIBRIX, LLC, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 9) filed by Timothy Bradley, concerning Steven Craig Susser on December 2, 2016. Mr. Steven Craig Susser seeks to appear as counsel *pro hac vice* for Plaintiff Indratech, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 9) is **GRANTED.** Mr. Steven Craig Susser is hereby admitted *pro hac vice* to represent Plaintiff Indratech, LLC.

**SO ORDERED**.

Signed: December 2, 2016

David C. Keesler
United States Magistrate Judge