**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:16-CV-179-RLV-DCK**

| | | |
|---|---|---|
| **INDRATECH, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **FIBRIX, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

      **THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 10) filed by Timothy Bradley, concerning Brian Backus Brown on December 2, 2016. Mr. Brian Backus Brown seeks to appear as counsel *pro hac vice* for Plaintiff Indratech, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

      **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 10) is **GRANTED.** Mr. Brian Backus Brown is hereby admitted *pro hac vice* to represent Plaintiff Indratech, LLC.

      **SO ORDERED**.

Signed: December 2, 2016

David C. Keesler
United States Magistrate Judge