## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CIVIL ACTION NO.  5:16-CV-179-DCK

| | | |
|---|---|---|
| **INDRATECH, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **FIBRIX, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice* And Affidavit" (Document No. 37) filed by Timothy Bradley, concerning Timothy J. Murphy on November 21, 2017.  Mr. Timothy J. Murphy seeks to appear as counsel *pro hac vice* for Plaintiff Indratech, LLC.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice* And Affidavit" (Document No. 37) is **GRANTED.**  Mr. Timothy J. Murphy is hereby admitted *pro hac vice* to represent Plaintiff Indratech, LLC.

**SO ORDERED**.

Signed: November 21, 2017

David C. Keesler
United States Magistrate Judge