# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CIVIL ACTION NO.  5:16-CV-179-DCK

| | | |
|---|---|---|
| **INDRATECH, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **FIBRIX, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 50) filed by Lyndey Ritz Zwingelberg, concerning Maia T. Woodhouse on March 16, 2018.  Maia T. Woodhouse seeks to appear as counsel *pro hac vice* for Defendant Fibrix, LLC.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 50) is **GRANTED.**  Maia T. Woodhouse is hereby admitted *pro hac vice* to represent Defendant Fibrix, LLC.

**SO ORDERED**.

Signed: March 19, 2018

David C. Keesler
United States Magistrate Judge