# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:16-CV-179-DCK

| | |
|---|---|
| INDRATECH, LLC, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| FIBRIX, LLC, | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion To Seal Exhibits 6-11, 14, And 16 To Plaintiff's Response In Opposition To Defendant's Motion For Summary Judgment [Document No. 60]" (Document No. 61) filed October 5, 2018. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and this motion is ripe for review. Having carefully considered the motion and the record, and noting consent of Defendant's counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion To Seal Exhibits 6-11, 14, And 16 To Plaintiff's Response In Opposition To Defendant's Motion For Summary Judgment [Document No. 60]" (Document No. 61) is **GRANTED**.

**IT IS FURTHER ORDERED** that Exhibits 6-11, 14 and 16 to the Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment (Document No. 60) be sealed until further order of this Court.

Signed: October 9, 2018

David C. Keesler
United States Magistrate Judge