# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:16-CV-179-DCK

| | |
|---|---|
| **INDRATECH, LLC,** | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| **FIBRIX, LLC,** | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion For Leave Of Court To File Sur-Response Brief" (Document No. 68) filed November 9, 2018. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will <u>deny</u> the motion without prejudice.

The undersigned notes that already pending before Defendant's instant motion was filed is "Plaintiff's Motion For Leave To File Sur-Reply In Opposition To Defendant's Motion For Summary Judgment" (Document No. 67). Defendant failed to file a timely response to that motion. <u>See</u> Local Rule 7.1(e). Instead, Defendant filed a "Motion For Leave Of Court To File Sur-Response Brief" (Document No. 68) that does not comply with Local Rule 7.1(b).

Under these circumstances, the Court will *sua sponte* allow Defendant an extension to file a response to the pending "Plaintiff's Motion For Leave To File Sur-Reply …" (Document No. 67). If Defendant contends that "Plaintiff's Motion For Leave To File Sur-Reply…" includes incorrect assertions or statements, Defendant should raise those contentions in its brief in response to Plaintiff's motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion For Leave Of Court To File Sur-Response Brief" (Document No. 68) is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Defendant shall file a response to "Plaintiff's Motion For Leave To File Sur-Reply …" (Document No. 67) on or before **November 16, 2018**.

**SO ORDERED.**

Signed: November 13, 2018

David C. Keesler
United States Magistrate Judge