# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:16-CV-179-DCK

| | |
|---|---|
| INDRATECH, LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER** |
| FIBRIX, LLC, | )<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding scheduling.

The undersigned notes that "Fibrix, LLC's Motion For Summary Judgment" (Document No. 57) is ripe for disposition. Defendant has requested oral argument on the pending motion, and the undersigned agrees that a hearing might assist the Court's determination.

**IT IS, THEREFORE, ORDERED** that counsel for the parties shall appear for a Status and Motions Hearing on **January 31, 2019**, **at 10:00 a.m.** in Courtroom 2-2 at the Charles R. Jonas Federal Courthouse, 401 W. Trade Street, Charlotte, North Carolina.

**SO ORDERED**.

Signed: December 13, 2018

David C. Keesler
United States Magistrate Judge