**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:16-CV-179-DCK**

| | | |
|---|---|---|
| **INDRATECH, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **FIBRIX, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion For Continuance Of Hearing On Motion For Summary Judgment" (Document No. 73) filed January 29, 2019. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review of this motion is appropriate. Having carefully considered the motion and the record, and noting the parties' agreement, the undersigned will <u>grant</u> the motion.

The Court commends the parties' and counsel's efforts to resolve this matter without further Court intervention.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion For Continuance Of Hearing On Motion For Summary Judgment" (Document No. 73) is **GRANTED**. The Status and Motions Hearing scheduled for January 31, 2019 is **CANCELLED**. A hearing will be rescheduled for a later date, if necessary.

**IT IS FURTHER ORDERED** that the parties shall file a Status Report or Notice Of Settlement on or before **March 1, 2019**.

Signed: January 30, 2019

David C. Keesler
United States Magistrate Judge